United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURKE W BRADLEY,                                    No. C 05-04536 JCS

                    Plaintiff(s),

                                                   **ORDER OF DISMISSAL**

          v.

VILLA AND CONDOS.COM,

                    Defendant(s).

_____/

     The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

     IT IS SO ORDERED.

Dated: January 4, 2006

                                            _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge